# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GORDON,<br><br>              Plaintiff,<br><br>     v.<br><br>PAM AWE, et al.,<br><br>              Defendants. | CASE NO. 1:10-cv-01209-OWW-SMS PC<br><br>ORDER DENYING MOTIONS TO AMEND AS UNNECESSARY<br><br>(Docs. 7 and 8) |

Plaintiff Kenneth Gordon, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2010. On July 19, 2010, Plaintiff filed a motion seeking leave to amend to submit page two of the form complaint and add a defendant, and on August 19, 2010, Plaintiff filed a second motion seeking leave to amend to submit missing page two and name Pam Awe as a defendant.[1]

At this stage in the proceedings, Plaintiff may file an amended complaint as a matter of right and does not need leave of court. Fed. R. Civ. P. 15(a). Because it is unnecessary for Plaintiff to obtain permission to amend, his motions are HEREBY DENIED.

IT IS SO ORDERED.

Dated:   August 16, 2010                    /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pam Awe is the first named defendant in the caption of the complaint, and the title of this action is *Kenneth Gordon v. Pam Awe, et al.* rather than *Kenneth Gordon v. W. Rivera, et al.* The error in the Court's records has been corrected.

1